COMMERCIAL BANK, A CORPORATION UNDER THE LAWS OF THE STATE OF FLORIDA, *Appellant,* v. CHARLES R. TOWERS AND HARVEY L. FOWLER, PARTNERS UNDER THE FIRM NAME AND STYLE OF TOWERS HARDWARE COMPANY, THE JACKSONVILLE LOAN & INSURANCE COMPANY, A CORPORATION, J. R. EDDINS, W. H. MANN AND S. A. McCOTTERY, LATE PARTNERS AS MANN & McCOTTERY, AND D. A. ANDREU, *Appellees.*

Decree affirmed upon the authority of *State ex rel. Hampton v. McClung,* 47 Fla. 224, 37 South. Rep. 51.

This case was decided by the court *En Banc.*

Appeal from the Circuit Court for Duval county.

*R. H. Liggett* for appellant.

*C. D. Rinehart* and *W. H. Baker* for appellees.

PER CURIAM.—In this cause the Chief-Justice, Mr. Justice COCKRELL and Mr. Justice SHACKLEFORD are of opinion that the decrees appealed from should be affirmed, while Mr. Justice HOCKER, Mr. Justice WHITFIELD and Mr. Justice CARTER are of the opinion that they should be reversed. Under these circumstances, upon the authority of *State ex rel. Hampton v. McClung,* 47 Fla. 224, 37 South. Rep. 51, an order will be entered affirming the decrees from which the appeal was taken, at the cost of appellant.